IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:13mj139-DSC |
|---|---|
| v. | ) **ORDER TO DISMISS COMPLAINT** |
| MARIA CELESTE RODRIGUEZ | ) |

Leave of Court is hereby granted for the dismissal without prejudice of the Criminal Complaint against Defendant Maria Celeste Rodriguez.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

**SO ORDERED**.

Signed: September 17, 2014

David S. Cayer
United States Magistrate Judge